IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LILLIE MAE WILLIAMS,

          Plaintiff,

v.                                          CIVIL ACTION NO.   2:23-cv-00359

UNITED STATES TREASURY DEPARTMENT,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

On April 27, 2023, the Plaintiff, proceeding *pro se*, filed her letter-form complaint (Document 1) in this matter.  By *Administrative Order* (Document 2) entered on May 1, 2023, this action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636.

By *Order* (Document 3) entered on May 2, 2023, the Magistrate Judge directed the Plaintiff to amend her complaint no later than May 22, 2023.  The Plaintiff was advised that failure to amend her complaint would result in a recommendation of the dismissal or this matter without prejudice for her failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  To date, the Plaintiff has not amended her complaint or otherwise responded to the Court's *Order*.

On May 30, 2023, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 4) wherein it is recommended that this Court dismiss this matter

1

from the Court's docket without prejudice. Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by June 16, 2023.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that this matter be **DISMISSED without prejudice** and be **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER: June 26, 2023

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA